826

No. 189. IN RE CITROEN. C. A. 2d Cir. Certiorari denied. *Henry A. Lowenberg* for petitioner.

No. 193. STANDARD MOTOR PRODUCTS, INC., *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *David M. Levitan* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon* and *P. B. Morehouse* for respondent.

No. 194. SAN SOUCIE ET AL. *v.* LETTS, U. S. DISTRICT JUDGE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William Goffen* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Seymour Farber* for respondent.

No. 196. BATEH *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Thomas A. Larkin* for petitioner. *Richard W. Ervin,* Attorney General of Florida, for respondent.

No. 197. JOSEPH J. BRUNETTI CONSTRUCTION CO., INC., *v.* GRAY. C. A. 3d Cir. Certiorari denied. *Aaron Heller* for petitioner. *Thomas P. Ford, Jr.* for respondent.

No. 200. IN RE ESTATE OF PECK ET AL. *v.* BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY. Supreme Court of California; District Court of Appeal of California, First Appellate District; and Superior Court of California, County of San Francisco. Certiorari denied. *Aaron M. Sargent* for petitioners. *Walker W. Lowry* for respondent.